LAURA E. OWENS, an Infant, by Guardian, etc., Respondent, *v.* JOHN H. ERNST et al., Appellants.

(Argued April 16, 1894; decided May 1, 1894.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made December 27, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Thomas S. Moore* for appellants.

*Isaac M. Kapper* for respondent.

Agree to affirm ; no opinion.
All concur, except PECKHAM and GRAY, JJ., dissenting.
Judgment affirmed.